[2011R1209/JRA]

UNITED STATES DISTRICTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 12- 676 (RBK) |
| | : | |
| KEVIN MILES, | : | |
| a/k/a "Kevin Laforte," | : | |
| a/k/a "Kevin McQueen," | : | |
| a/k/a "Tazmair Wiggins" | : | 18 U.S.C. § 371 |
| | : | |

**INFORMATION**

The defendant having waived in open Court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

1. From at least in or around June 2010 through in or around December 2011, in Essex and Hudson Counties, in the District of New Jersey and elsewhere, the defendant

KEVIN MILES,
a/k/a "Kevin Laforte,"
a/k/a "Kevin McQueen,"
a/k/a "Tazmair Wiggins,"

did knowingly and intentionally conspire and agree with others to transport in interstate and foreign commerce motor vehicles, knowing the same to have been stolen, contrary to Title 18, United States Code, Section 2312.

1

## Object of the Conspiracy

2. It was the object of the conspiracy for defendant KEVIN MILES and his co-conspirators to earn money by transporting stolen vehicles in interstate and foreign commerce.

## Manner and Means

3. It was a part of the conspiracy that defendant KEVIN MILES would broker the sale of stolen vehicles to his co-conspirators.

4. It was further a part of the conspiracy that defendant KEVIN MILES' co-conspirators would cause the alteration or replacement of the stolen vehicle's Vehicle Identification Number.

5. It was further a part of the conspiracy that defendant KEVIN MILES and his co-conspirators would arrange to have the stolen vehicles stored at various locations.

6. It was further a part of the conspiracy that defendant KEVIN MILES' co-conspirators would arrange for the stolen vehicles to be shipped from the United States to locations outside of the United States.

## Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, defendant KEVIN MILES and his co-conspirators committed and caused to be committed the following overt acts, among others, in the District of New Jersey and elsewhere:

    a. On or about September 13, 2011, defendant KEVIN MILES used the telephone to speak with a co-conspirator whose initials are M.D.O. Defendant KEVIN MILES offered to sell M.D.O. a stolen 2011 BMW X5 for $5,000.

    b. On or about September 14, 2011, defendant KEVIN MILES used the telephone to speak with co-conspirator M.D.O. Defendant KEVIN MILES offered to sell co-conspirator M.D.O. a stolen 2011 Lexus LX560 for $6,500.

All in violation of Title 18, United States Code, Section 371.

                                                                   PAUL J. FISHMAN
                                                                     UNITED STATES ATTORNEY

| | |
|---|---|
| CASE NUMBER: 12- | |
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN MILES,<br>a/k/a "Kevin Laforte,"<br>a/k/a "Kevin McQueen,"<br>a/k/a "Tazmair Wiggins" | |
| INFORMATION FOR<br><br>18 U.S.C. § 371 | |
| PAUL J. FISHMAN<br>*UNITED STATES ATTORNEY*<br>NEWARK, NEW JERSEY<br><br>José R. Almonte<br>*ASSISTANT U.S. ATTORNEY*<br>973-645-2883 | |

USA-48AD 8
(Ed. 1/97)